MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYBN 2040855)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5042
   FAX: (408) 535-5066
   matthew.parrella@usdoj.gov

Attorneys for United States of America

FILED
JAN 27 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CR-13-00703-LHK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ADRIAN BALTAGA,<br>GHEORGHE BALTAGA,<br><br>   Defendants. | UNITED STATES' MOTION TO UNSEAL DOCUMENTS AND [~~PROPOSED~~] ORDER<br><br>**UNDER SEAL** |

     The government hereby moves this Court to unseal the items under the following dockets:

     CR 12-90147 MISC – HRL

     CR 12-90268 MISC – HRL

     CR 12-90372 MISC – PSG

     CR 12-90373 MISC – PSG

     CR 12-90434 MISC – HRL

     CR 12-90503 MISC – PSG

     CR 12-90592 MISC – HRL

MOTION TO UNSEAL DOCUMENTS
CR-13-00703 LHK

| | |
|---|---|
| 1 | CR 12-90593 MISC – HRL |
| 2 | CR 12-90676 MISC – NMC |
| 3 | CR 12-90712 MISC – HRL |
| 4 | CR 12-90809 MISC – PSG |
| 5 | CR 12-90809-renewal – PSG |
| 6 | CR 12-90832 MISC – HRL |
| 7 | CR 12-90832 MISC – Extended -- PSG |
| 8 | CR 12-90834 MISC – HRL |
| 9 | CR 13-70237 – HRL |
| 10 | CR 13-70238 – HRL |
| 11 | CR 13-90108 MISC – PSG |
| 12 | CR 13-90108 MISC-extension – NMC |
| 13 | CR 13-90108 MISC-extension – HRL |
| 14 | CR 13-90108 MISC-extension – HRL |
| 15 | CR 13-90236 MISC – HRL |
| 16 | CR 13-90284 MISC – PSG |
| 17 | CR 13-90284 MISC-extension – HRL |
| 18 | CR 13-90284 MISC-extension – HRL |
| 19 | CR 13-90387 MISC – HRL |
| 20 | CR 13-90677MISC – PSG |
| 21 | CR 13-90681MISC –PSG |
| 22 | CR 13-90736 MISC –PSG |
| 23 | |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | |
| 28 | |

MOTION TO UNSEAL DOCUMENTS
CR-13-00703 LHK

1  The basis for this application is that the covert phase of this investigation is complete, the
2  defendants have been indicted, and the government needs to complete discovery obligations under Rule
3  16. In order to complete said obligations, the government needs to disclose the above-referenced items.
4  The materials no longer need to remain sealed to the public.

5
6  DATED: January 23, 2014    Respectfully submitted,

MELINDA HAAG
United States Attorney

_____
MATTHEW A. PARRELLA
Assistant United States Attorney

MOTION TO UNSEAL DOCUMENTS
CR-13-00703 LHK

1 **[PROPOSED] ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the items under the following dockets, as well as this application and order, be UNSEALED:

CR 12-90147 MISC – HRL

CR 12-90268 MISC – HRL

CR 12-90372 MISC – PSG

CR 12-90373 MISC – PSG

CR 12-90434 MISC – HRL

CR 12-90503 MISC – PSG

CR 12-90592 MISC – HRL

CR 12-90593 MISC – HRL

CR 12-90676 MISC – NMC

CR 12-90712 MISC – HRL

CR 12-90809 MISC – PSG

CR 12-90809-renewal – PSG

CR 12-90832 MISC – HRL

CR 12-90832 MISC – Extended -- PSG

CR 12-90834 MISC – HRL

CR 13-70237 – HRL

CR 13-70238 – HRL

CR 13-90108 MISC – PSG

CR 13-90108 MISC-extension – NMC

CR 13-90108 MISC-extension – HRL

CR 13-90108 MISC-extension – HRL

CR 13-90236 MISC – HRL

CR 13-90284 MISC – PSG

MOTION TO UNSEAL DOCUMENTS
CR-13-00703 LHK

CR 13-90284 MISC-extension – HRL

CR 13-90284 MISC-extension – HRL

CR 13-90387 MISC – HRL

CR 13-90677MISC – PSG

CR 13-90681MISC –PSG

CR 13-90736 MISC –PSG

IT IS SO ORDERED.

DATED: 1/24/14

_____
LUCY H. KOH
United States District Court Judge